

The following constitutes
the order of the court. Signed October 28, 2010

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                                         ) Chapter 13
                                                                ) Case No. 09-60558 SLJ
ALICE B GARCIA                                      )
                                                                ) **ORDER DISMISSING CASE**
                                                                ) **PRE-CONFIRMATION**
                                                                )
                                                                ) Hearing Date:  October 21, 2010
                                                                ) Hearing Time:  2:00 p.m.
                                                                ) Judge: STEPHEN L. JOHNSON
                                    Debtor        ) Place:  U.S. Bankruptcy Court
_____            280 S 1st St., Room 3099
                                                                   San Jose, CA  95113

   The Motion to Dismiss filed by DEVIN DERHAM-BURK, Chapter 13 Standing Trustee (hereafter "Trustee") came regularly for hearing on  October 21, 2010; the Trustee was present, and other appearances were as noted on the record.  The Court having considered all pleadings in the case, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT the case is dismissed without prejudice.  After payment of allowed adequate protection payments, administrative costs or fees, the Chapter 13 Standing Trustee shall return to the Debtor any remaining balance of the debtor funds on hand.

///

///

Notwithstanding the dismissal of the case, the Chapter 13 Standing Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain uncashed. The Chapter 13 Standing Trustee shall submit at a later date her Trustee's Final Report for approval by the Court. Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

Case Name: ALICE B GARCIA  Case No.: 09-60558 SLJ

ALICE B GARCIA
P O BOX 227
SAN MARTIN, CA  95046

MERRILL E ZIMMERSHEAD ESQ
GILROY LAW CORP
7539 EIGLEBERRY ST
GILROY, CA  95020